## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

**A.H.**, by and through her parents and
natural guardians, James Hester and
Darlene Hester; **JAMES HESTER**,
individually; **DARLENE HESTER**,
individually; **E.R.**, by and through her
parents and natural guardians Chad
Ross and Angela Ross; **CHAD ROSS**,
individually; **ANGELA ROSS**,
individually; **A.F.**, by and through her
parents and natural guardians, Daniel
Foley and Juliane Foley; **DANIEL
FOLEY**, individually; **JULIANE FOLEY**,
individually; **C.R.**, by and through her
parents and natural guardians, Gilles
Rainville and Elke Rainville; **GILLES
RAINVILLE**, individually; **ELKE
RAINVILLE**, individually; and the
**ROMAN CATHOLIC DIOCESE OF
BURLINGTON, VERMONT,**

*Plaintiffs,*

v.

**DANIEL M. FRENCH**, in his official
capacity as Secretary of the Vermont
Agency of Education; **MICHAEL CLARK**,
in his official capacity as Grand Isle
Supervisory Union Superintendent;
the **SOUTH HERO BOARD OF SCHOOL
DIRECTORS**; the **CHAMPLAIN ISLANDS
UNIFIED UNION SCHOOL DISTRICT
BOARD OF SCHOOL DIRECTORS**;
**JAMES TAGER**, in his official capacity
as Franklin West Supervisory Union
Superintendent; and the **GEORGIA
BOARD OF SCHOOL DIRECTORS**,

*Defendants.*

Case No. 2:20-cv-151-cr

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiffs A.H., Jim Hester, Darlene Hester, E.R., Chad Ross, Angela Ross, A.F., Daniel Foley, Juliane Foley, C.R., Gilles Rainville, Elke Rainville, and the Roman Catholic Diocese of Burlington, Vermont appeal to the United States Court of Appeals for the Second Circuit.

The above-named parties appeal from the Opinion and Order of the U.S. District Court for the District of Vermont granting in part and denying in part Plaintiffs' Motion for Preliminary Injunction that was entered on January 7, 2021 [Doc. 40].

Respectfully submitted this 15th day of January, 2021.

*s/ Thomas E. McCormick*

| | |
|---|---|
| Thomas E. McCormick (VT Bar No. 837) | Ryan Tucker* (AZ Bar No. 034382) |
| MCCORMICK, FITZPATRICK, KASPER & BURCHARD, P.C. | ALLIANCE DEFENDING FREEDOM |
| 40 George Street | 15100 N. 90th Street |
| Burlington, VT 05402 | Scottsdale, AZ 85260 |
| Telephone: (802) 863-3494 | Telephone: 480-444-0020 |
| Fax: (802) 865-9747 | Fax: 480-444-0028 |
| Email: tem@mc-fitz.com | Email: RTucker@ADFlegal.org |
| | |
| | David A. Cortman (GA Bar No. 188810) |
| Paul Daniel Schmitt* (IN Bar No. 34765-49) | ALLIANCE DEFENDING FREEDOM |
| ALLIANCE DEFENDING FREEDOM | 1000 Hurricane Shoals Road NE, Suite D-1100 |
| 440 First Street NW, Suite 600 | Lawrenceville, GA 30043 |
| Washington, D.C. 20001 | Telephone: (770) 339-0774 |
| Telephone: (202) 393-8690 | Fax: (770) 339-6744 |
| Fax: (202) 347-3622 | Email: DCortman@ADFlegal.org |
| Email: PSchmitt@ADFlegal.org | |

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

Dated this 15th day of January, 2021, by:

s/ Tom McCormick

Thomas E. McCormick (VT Bar No. 837)
MCCORMICK, FITZPATRICK, KASPER & BURCHARD, P.C.
40 George St.
Burlington, VT 05402
Telephone: (802) 863-3494
Fax: (802) 865-9747
Email: tem@mc-fitz.com

Counsel for Plaintiffs

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:20–cv–00151–cr

A.H. et al v. French et al
Assigned to: Judge Christina Reiss
Demand: $22,000
Cause: 42:1983 Civil Rights Act

Date Filed: 09/28/2020
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**A.H.**
*by and through her parents and natural guardians, James Hester and Darlene Hester*
*other*
Darlene Hester
*other*
James Hester

represented by **David A. Cortman , Esq.**
Alliance Defense Fund
1000 Hurrican Shoals Rd NE, Suite D1000
Lawrenceville, GA 30043
(770) 339–0774
Fax: (770) 339–6744
Email: dcortman@alliancedefendingfreedom.org
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393–8690
Fax: (202) 347–3622
Email: pschmitt@adflegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
(480) 444–0020
Fax: (480) 444–0028
Email: rtucker@ADFlegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
McCormick, Fitzpatrick, Kasper & Burchard, P.C.
40 George Street
P.O. Box 638
Burlington, VT 05402–0638
(802) 863–3494
Fax: (802) 865–9747
Email: tem@mc–fitz.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**James Hester**
*individually*

represented by **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Hester**                                represented by     **David A. Cortman , Esq.**
*individually*                                                      (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roman Catholic Diocese of**                     represented by     **David A. Cortman , Esq.**
**Burlington, Vermont**                                              (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilles Rainville**                              represented by     **David A. Cortman , Esq.**
*individually*                                                      (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Ross**
*Individually*

represented by   **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.R.**
*by and through her parents and natural
guardians, Gilles Rainville and Elke
Rainville*
*other*
Gilles Rainville
*other*
Elke Rainville

represented by   **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Ross**
*Individually*

represented by   **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliane Foley**
*individually*

represented by   **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Foley**
*individually*

represented by **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.R.**
*by and through her parents and natural*
*guardians, Chad Ross and Angela Ross*
*other*
Chad Ross
*other*
Angela Ross

represented by **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.F.**
*by and through her parents and natural*
*guardians, Daniel Foley and Juliane*
*Foley*
*other*
Daniel Foley
*other*
Juliane Foley

represented by **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elke Gilles**
*individually*

represented by **David A. Cortman , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul D. Schmitt , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan J. Tucker , Esq.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCormick , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel M. French**
*in his official capacity as Secretary of the
Vermont Agency of Education*

represented by **Jon T. Alexander , Esq.**
Office of the Vermont Attorney General
Civil Division
109 State Street
Montpelier, VT 05609−1001
(802) 828−1299
Email: jon.alexander@vermont.gov
*ATTORNEY TO BE NOTICED*

**Rachel E. Smith , Esq.**
Vermont Attorney General's Office
Agency of Education
1 National Life Drive, Davis 5
Montpelier, VT 05602
(802) 595−9655
Fax: (802) 828−6430
Email: rachel.e.smith@vermont.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Clark**
*in his official capacity as Grand Isle
Supervisory Union Superintendent*

represented by **William F. Ellis**
McNeil, Leddy & Sheahan, P.C.
271 South Union Street
Burlington, VT 05401
(802) 863−4531
Fax: (802) 863−1743
Email: wellis@mcneilvt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**South Hero Board of School Directors**

represented by **William F. Ellis**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Champlain Islands Unified Union**     represented by  **William F. Ellis**
**School District Board of School**                    (See above for address)
**Directors**                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**James Tager**                  represented by  **William F. Ellis**
*in his official capacity as Franklin West*            (See above for address)
*Supervisory Union Superintendant*              *ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia Board of School Directors**     represented by  **William F. Ellis**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2020 | 1 | VERIFIED COMPLAINT against Michael Clark, Daniel M. French, South Hero Board of School Directors filed by A.H., Darlene Hester, Roman Catholic Diocese of Burlington, Vermont, James Hester.Summonses issued. (Attachments: # 1 Civil Cover Sheet) (esb) (Entered: 09/29/2020) |
| 09/28/2020 | 2 | MOTION for Admission Pro Hac Vice of Paul Daniel Schmitt filed by A.H., Darlene Hester, James Hester, Roman Catholic Diocese of Burlington, Vermont. (Attachments: # 1 Affidavit of Paul Daniel Schmitt, # 2 Certificate of Good Standing)(law) (Entered: 09/29/2020) |
| 09/29/2020 | 3 | MOTION for Admission Pro Hac Vice of Ryan J. Tucker filed by A.H., Darlene Hester, James Hester, Roman Catholic Diocese of Burlington, Vermont. (Attachments: # 1 Affidavit of Ryan J. Tucker, # 2 Certificate of Good Standing)(law) (Entered: 09/29/2020) |
| 09/29/2020 | 4 | ORDER granting 2 MOTION for Admission Pro Hac Vice of Paul Daniel Schmitt and granting 3 MOTION for Admission Pro Hac Vice of Ryan J. Tucker. Signed by Chief Judge Geoffrey W. Crawford on 9/29/2020. (This is a text–only Order.) (jal) (Entered: 09/29/2020) |
| 10/07/2020 | 5 | SUMMONS RETURNED Executed. Daniel M. French served on 10/2/2020, answer due 10/23/2020.(Schmitt, Paul) (Entered: 10/07/2020) |
| 10/07/2020 | 6 | SUMMONS RETURNED Executed. South Hero Board of School Directors served on 10/1/2020, answer due 10/22/2020.(Schmitt, Paul) (Entered: 10/07/2020) |
| 10/07/2020 | 7 | SUMMONS RETURNED Executed. Michael Clark served on 10/1/2020, answer due 10/22/2020.(Schmitt, Paul) (Entered: 10/07/2020) |
| 10/16/2020 | 8 | NOTICE OF APPEARANCE by Jon T. Alexander, Esq on behalf of Daniel M. French.(Alexander, Jon) (Entered: 10/16/2020) |
| 10/19/2020 | 9 | NOTICE OF APPEARANCE by Rachel E. Smith, Esq on behalf of Daniel M. French.(Smith, Rachel) (Entered: 10/19/2020) |
| 10/20/2020 | 10 | STIPULATED MOTION for Extension of Time to File Answer re 1 Complaint filed by Daniel M. French.(Alexander, Jon) Motion relief removed, text clarified on 10/21/2020 (jlh). (Entered: 10/20/2020) |
| 10/20/2020 | 11 | NOTICE OF APPEARANCE by William F. Ellis on behalf of Michael Clark and South Hero Board of School Directors. (Attachments: # 1 Certificate of Service)(Ellis, William) Filer added on 10/20/2020 (jlh). (Entered: 10/20/2020) |
| 10/21/2020 | 12 | ORDER granting 10 MOTION for Extension of Time to Answer re 1 Complaint. All Defendants answers due November 12, 2020. Signed by Chief Judge Geoffrey W. Crawford on 10/21/2020. (This is a text–only Order.) (jal) (Entered: 10/21/2020) |

| 11/02/2020 | 13 | ORDER REASSIGNING CASE. Case reassigned to Judge Christina Reiss for all further proceedings. Chief Judge Geoffrey W. Crawford no longer assigned to case. Signed by Chief Judge Geoffrey W. Crawford on 11/2/2020. (law) (Entered: 11/09/2020) |
|---|---|---|
| 11/11/2020 | 14 | Entry removed from the docket. (Entered: 11/12/2020) |
| 11/12/2020 | 15 | NOTICE OF DOCKET ENTRY REMOVAL: Document 14 has been removed from the docket in accordance with the court's Administrative Procedures. (law) (Entered: 11/12/2020) |
| 11/12/2020 | 16 | FIRST AMENDED VERIFIED COMPLAINT against Michael Clark, Daniel M. French, South Hero Board of School Directors, Champlain Islands Unified Union School District Board of School Directors, James Tager, Georgia Board of School Directors filed by Darlene Hester, A.H., Roman Catholic Diocese of Burlington, Vermont, James Hester, Gilles Rainville, Chad Ross, Angela Ross, Juliane Foley, Daniel Foley, E.R., A.F., Elke Gilles. (Attachments: # 1 Amended Complaint (red–lined version))(kp) (Entered: 11/12/2020) |
| 11/12/2020 | | ISSUED Summons as to Champlain Islands Unified Union School District Board of School Directors, Georgia Board of School Directors, James Tager.(law) (Entered: 11/13/2020) |
| 11/13/2020 | 17 | CERTIFICATE OF SERVICE by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross re 16 Amended Complaint,.(McCormick, Thomas) (Entered: 11/13/2020) |
| 11/24/2020 | 18 | SUMMONS RETURNED Executed. Champlain Islands Unified Union School District Board of School Directors served on 11/13/2020, answer due 12/4/2020.(McCormick, Thomas) (Entered: 11/24/2020) |
| 11/24/2020 | 19 | SUMMONS RETURNED Executed. James Tager served on 11/13/2020, answer due 12/4/2020.(McCormick, Thomas) (Entered: 11/24/2020) |
| 11/24/2020 | 20 | SUMMONS RETURNED Executed. Georgia Board of School Directors served on 11/13/2020, answer due 12/4/2020.(McCormick, Thomas) (Entered: 11/24/2020) |
| 11/25/2020 | 21 | MOTION for Preliminary Injunction filed by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (Attachments: # 1 Memorandum in Support, # 2 Index of Exhibits, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Declaration of Angela Ross, # 13 Declaration of Elke Rainville, # 14 Declaration of James Hester, # 15 Declaration of Lisa Lorenz, # 16 Declaration of Juliane Foley)(McCormick, Thomas) (Attachment 7 replaced on 11/25/2020) (jlh). (Attachment 9 replaced on 11/25/2020) (jlh). (Entered: 11/25/2020) |
| 11/25/2020 | 22 | NOTICE OF DOCKET ENTRY CORRECTION re: 21 MOTION for Preliminary Injunction filed by Angela Ross, A.F., A.H., Gilles Rainville, Elke Gilles, Daniel Foley, Roman Catholic Diocese of Burlington, Vermont, James Hester, Chad Ross, C.R., Darlene Hester, Juliane Foley, E.R. Exhibits E and G have been replaced to correct illegible pdf headers. The corrected documents are now attached to 21 as well as this entry. (Attachments: # 1 Exhibit G) (jlh) (Entered: 11/25/2020) |
| 11/27/2020 | 23 | MOTION to Dismiss Case for Lack of Jurisdiction filed by Daniel M. French.(Smith, Rachel) (Entered: 11/27/2020) |
| 11/27/2020 | 24 | ANSWER to 16 Amended Complaint by Champlain Islands Unified Union School District Board of School Directors, Michael Clark, Georgia Board of School Directors, South Hero Board of School Directors, James Tager.(Ellis, William) (Entered: 11/27/2020) |
| 11/27/2020 | 25 | AMENDED NOTICE OF APPEARANCE by William F. Ellis on behalf of Champlain Islands Unified Union School District Board of School Directors, Michael Clark, Georgia Board of School Directors, South Hero Board of School Directors, James Tager. (Attachments: # 1 Certificate of Service)(Ellis, William) (Entered: 11/27/2020) |

| 11/30/2020 | 26 | NOTICE of Hearing re: 21 MOTION for Preliminary Injunction. Motion Hearing set for 12/14/2020 at 01:00 PM, via video conference, in Burlington Courtroom 510 before Judge Christina Reiss.(jbr) (Entered: 11/30/2020) |
|---|---|---|
| 12/01/2020 | 27 | NOTICE OF APPEARANCE by David A. Cortman, Esq on behalf of A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross.(Cortman, David) (Entered: 12/01/2020) |
| 12/09/2020 | 28 | RESPONSE in Opposition re 21 MOTION for Preliminary Injunction filed by Champlain Islands Unified Union School District Board of School Directors, Michael Clark, Georgia Board of School Directors, South Hero Board of School Directors, James Tager. (Attachments: # 1 Certificate of Service)(Ellis, William) (Entered: 12/09/2020) |
| 12/09/2020 | 29 | RESPONSE in Opposition re 21 MOTION for Preliminary Injunction filed by Daniel M. French. (Attachments: # 1 Declaration of Daniel M. French, # 2 Declaration of Brad James, # 3 Exhibit 1, # 4 Exhibit 2)(Alexander, Jon) (Attachment 1 replaced on 12/10/2020) (jlh). (Attachment 2 replaced on 12/10/2020) (jlh). (Attachment 3 replaced on 12/10/2020) (jlh). (Attachment 4 replaced on 12/10/2020) (jlh). (Entered: 12/09/2020) |
| 12/10/2020 | 30 | NOTICE OF DOCKET ENTRY CORRECTION re: 29 Response in Opposition to 21 MOTION for Preliminary Injunction. The attachments have been replaced to correct illegible PDF headers. The corrected documents are now attached to 29 as well as this entry. (Attachments: # 1 Declaration of Brad James, # 2 Exhibit 1, # 3 Exhibit 2) (jlh) (Entered: 12/10/2020) |
| 12/13/2020 | 31 | REPLY to Response to 21 MOTION for Preliminary Injunction filed by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (McCormick, Thomas) (Entered: 12/13/2020) |
| 12/14/2020 | 32 | MINUTE ENTRY for proceedings held before Judge Christina Reiss: Motion Hearing held on 12/14/2020 re 21 MOTION for Preliminary Injunction. Present via video conference for plaintff: Paul Schmitt, Esq., Ryan Tucker, Esq., and Thomas McCormick, Esq. Present via video conference for hte defendant: Jon Alexander, AAG, Rachel Smith, AAG, and William Ellis, Esq. Court makes inquiries. Statements by counsel. Dft request court to take Judicial Notice of the Rice Memorial High School Website. Court declines and orders dft to put in a request for Judicial Notice of the website. ORDERED: dft to file request for Judicial Notice of Rice Memorial High School Website by 12/15/2020. Pltf to respond to request for Judicial Notice. Court will take motion under advisement after Judicial Notice submission and Pltf response. (Court Reporter: Johanna Masse) (jbr) (Entered: 12/14/2020) |
| 12/15/2020 | 33 | REQUEST for Judicial Notice by Champlain Islands Unified Union School District Board of School Directors, Michael Clark, Georgia Board of School Directors, South Hero Board of School Directors, James Tager. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Ellis, William) Event/Text clarified on 12/15/2020 (jlh). (Entered: 12/15/2020) |
| 12/16/2020 | 34 | RESPONSE re 33 REQUEST for Judicial Notice by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (McCormick, Thomas) (Entered: 12/16/2020) |
| 12/16/2020 | 35 | ENTRY ORDER denying as moot 33 REQUEST for Judicial Notice. Parties are hereby GRANTED 5 days from the date of this Entry Order to file objections. Signed by Judge Christina Reiss on 12/16/2020. (kp) (Entered: 12/16/2020) |
| 12/21/2020 | 36 | RESPONSE re 35 Order on Motion for Miscellaneous Relief *Objection to Judicial Notice* by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (McCormick, Thomas) (Entered: 12/21/2020) |
| 12/21/2020 | 37 | RESPONSE re 35 Order on Motion for Miscellaneous Relief *in Support of Judicial Notice* by Daniel M. French. (Alexander, Jon) (Entered: 12/21/2020) |

| 12/28/2020 | 38 | RESPONSE in Opposition re 23 MOTION to Dismiss Case for Lack of Jurisdiction filed by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (McCormick, Thomas) (Entered: 12/28/2020) |
| --- | --- | --- |
| 01/06/2021 | 39 | RESPONSE in Support re 33 REQUEST for Judicial Notice filed by Champlain Islands Unified Union School District Board of School Directors, Michael Clark, Georgia Board of School Directors, South Hero Board of School Directors, James Tager. (Attachments: # 1 Certificate of Service)(Ellis, William) (Entered: 01/06/2021) |
| 01/07/2021 | 40 | OPINION AND ORDER granting in part and denying in part 21 Motion for Preliminary Injunction. Signed by Judge Christina Reiss on 1/7/2021. (kp) (Entered: 01/07/2021) |
| 01/11/2021 | 41 | REPLY to Response to 23 MOTION to Dismiss Case for Lack of Jurisdiction filed by Daniel M. French. (Smith, Rachel) (Entered: 01/11/2021) |
| 01/15/2021 | 42 | NOTICE OF INTERLOCUTORY APPEAL as to 40 Opinion and Order on Motion for Preliminary Injunction by A.F., A.H., C.R., E.R., Daniel Foley, Juliane Foley, Elke Gilles, Darlene Hester, James Hester, Gilles Rainville, Roman Catholic Diocese of Burlington, Vermont, Angela Ross, Chad Ross. (McCormick, Thomas) (Entered: 01/15/2021) |
| 01/15/2021 | 43 | USCA Appeal Fees received $ 505.00 receipt number 4682023721 re 42 Notice of Interlocutory Appeal, filed by Angela Ross, A.F., A.H., Gilles Rainville, Elke Gilles, Daniel Foley, Roman Catholic Diocese of Burlington, Vermont, James Hester, Chad Ross, C.R., Darlene Hester, Juliane Foley, E.R. (gmg) (Entered: 01/15/2021) |