# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

In Re: A.H.

A.H., by and through her parents and natural guardians, James Hester and Darlene Hester; JAMES HESTER, individually; DARLENE HESTER, individually; E.R., by and through her parents and natural guardians, Chad Ross and Angela Ross; CHAD ROSS, individually; ANGELA ROSS, individually; A.F., by and through her parents and natural guardians, Daniel Foley and Juliane Foley; DANIEL FOLEY, individually; JULIANE FOLEY, individually; C.R., by and through her parents and natural guardians, Gilles Rainville and Elke Rainville; GILLES RAINVILLE, individually; ELKE RAINVILLE, individually; and the ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,

No. 21-87

Plaintiffs-Appellants,

v.

DANIEL M. FRENCH, in his official capacity as Secretary of the Vermont Agency of Education; MICHAEL CLARK, in his official capacity as Grand Isle Supervisory Union Superintendent; the SOUTH HERO BOARD OF SCHOOL DIRECTORS; the CHAMPLAIN ISLAND UNIFIED SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS; JAMES TAGER, in his official capacity as Franklin West Supervisory Union Superintendent; and the GEORGIA BOARD OF SCHOOL DIRECTORS,

Defendants-Appellees.

**VERIFIED ITEMIZED BILL OF COSTS**

Counsel for Appellants respectfully submit, pursuant to Fed. R. App. P. 39(a), the following bill of costs and request the Clerk to prepare an itemized statement of costs taxed against Defendants-Appellees, and in favor of Plaintiffs-Appellants for insertion in the mandate as follows:

| Item Description | | | Cost |
|---|---|---|---|
| Docketing Fee | | = $ | 505.00 |
| Costs of Printing Petition for a Writ of Mandamus | $0.15 x 28 pages = $4.20 | | |
| | $4.20 x 3 copies | = $ | 12.60 |
| | Binding $5.00 x 3 copies | = $ | 15.00 |
| | **Total** | = $ | 27.60 |

Plaintiffs-Appellants therefore request that this Court tax costs in the amount of $532.60 against Defendants-Appellees.

Because copying was done in-house, I certify that my standard billing rate is $0.15 per page, and have charged that rate.

I declare under penalty of perjury that these costs are true and accurate and were necessarily incurred by Plaintiffs-Appellants in this action.

Dated: June 16, 2021

        Respectfully submitted,

        *s/ Paul Daniel Schmitt*
        Paul Daniel Schmitt
        IN Bar No. 34765-49
        John J. Bursch
        MI Bar No. P57679
        ALLIANCE DEFENDING FREEDOM
        440 First Street NW
        Suite 600
        Washington, DC 20001
        (202) 393-8690
        pschmitt@ADFlegal.org
        jbursch@ADFlegal.org

        David A. Cortman
        GA Bar No. 188810
        ALLIANCE DEFENDING FREEDOM
        1000 Hurricane Shoals Road NE
        Suite D-1100
        Lawrenceville, GA 30043
        (770) 339-0774
        dcortman@ADFlegal.org

        Ryan J. Tucker
        AZ Bar No. 034382
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        (480) 444-0020
        rtucker@ADFlegal.org

Thomas E. McCormick
MCCORMICK, FITZPATRICK, KASPER, & BURCHARD, P.C.
40 George St.
Burlington, VT 05402
(802) 863-3494
tem@mc-fitz.com

*Attorneys for Appellants*

## Certificate of Compliance

This motion complies with the type-volume limit set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 143 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 360 in 14-point Century Schoolbook type-style.

Dated: June 16, 2021

*s/ Paul Daniel Schmitt*
Paul Daniel Schmitt
Attorney for Appellants

## Certificate of Service

I hereby certify that on June 16, 2021, a copy of this Motion was filed electronically with the Clerk of the Second Circuit Court of Appeals. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

*s/ Paul Daniel Schmitt*
Paul Daniel Schmitt
Attorney for Appellants
